Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, PC**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Tel.: (310) 556-9680
Fax: (310) 861-5550

Attorneys for Plaintiff
Strike 3 Holdings, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION-RIVERSIDE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 47.151.244.184,<br><br>   Defendant. | Case Number: 5:25-cv-02308-TJH-SP<br><br>Honorable Terry J. Hatter, Jr<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 47.151.244.184** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 47.151.244.184, are voluntarily dismissed without prejudice.

Dated: December 18, 2025          Respectfully submitted,


                                   By: /s/ *Lincoln D. Bandlow*
                                   Lincoln D. Bandlow, Esq.
                                   **Law Offices of Lincoln Bandlow, PC**
                                   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

1

1  I hereby certify that on December 18, 2025, I electronically filed the foregoing
2  document with the Clerk of the Court using CM/ECF and that service was perfected on all
3  counsel of record and interested parties through this system.

By: /s/ *Marina Bandlow*
Marina Bandlow